UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVMED, INC., et al.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health & Human Services, et al.,<br><br>　　Defendants. | Civil Action No. 20-3385 (JDB) |

## ORDER

Upon consideration of [20] plaintiffs' motion for summary judgment, [21] plaintiffs' motion for a preliminary injunction, [22] defendants' cross-motion for summary judgment, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [22] defendants' cross-motion for summary judgment is **GRANTED**; it is further

**ORDERED** that [20] plaintiffs' motion for summary judgment is **DENIED**; and it is further

**ORDERED** that [21] plaintiffs' motion for a preliminary injunction is **DENIED AS MOOT**.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　Senior United States District Judge

Dated: June 1, 2021